UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 07-15339 |
| | | CHAPTER 13 |
| BRENDA L. MOUNCE | | |
| | : | JUDGE JEFFERY P. HOPKINS |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS |

    Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

    The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917194 | $12.06 |

Creditor(s)
Paragon Way, Inc.
2101 W. Ben White Blvd.
Suite 103
Austin, TX 78704

    Respectfully submitted,

/s/   Margaret A. Burks, Esq.
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney No. OH 0030377

Francis J. DiCesare, Esq.
Staff Attorney
Attorney No. OH 0038798

Karolina F. Perr, Esq.
Staff Attorney
Attorney No. OH 0066193

600 Vine Street, Suite 2200
Cincinnati, OH 45202
(513) 621-4488
(513) 621 2643 (Facsimile)
mburks@cinn13.org - Correspondence only
fdicesare@cinn13.org
kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, September 30, 2010.

                                    /s/     Margaret A. Burks, Esq.
                                           Margaret A. Burks, Esq.

| | |
|---|---|
| Paragon Way, Inc.<br>2101 W. Ben White Blvd.<br>Suite 103<br>Austin, TX 78704 | Debtor(s) Counsel<br>L. JOSHUA DAVIDSON, ESQ.<br>8035 HOSBROOK ROAD<br>SUITE 200<br>CINCINNATI, OH  45236 |
| Debtor(s)<br>BRENDA L. MOUNCE<br>340-A ROSEMONT AVENUE<br>CINCINNATI, OH  45204 | U.S. TRUSTEE<br>36 EAST SEVENTH STREET, SUITE 2030<br>CINCINNATI, OHIO 45202<br> (service waived) |